UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN BENIQUEZ,

Plaintiff,

-against-

PAUL ARTETA; OFFICE GOETZ "JOHN DOE",

Defendants.

25-CV-3956 (KMW)

CIVIL JUDGMENT

For the reasons stated in the September 16, 2026 order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 19, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
Chief United States District Judge